NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, APPELLANTS, v. THE BOARD OF PUBLIC UTILITY COMMISSIONERS, RESPONDENTS.

Submitted March 24, 1913—Decided June 18, 1913.

On error to the Supreme Court, whose opinion is reported in 54 *Vroom* 67.

For the appellant, *Collins & Corbin.*

For the respondent, *Frank H. Sommer.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set out in the opinion delivered by this court at the present term in the case of *D., L. & W. R. R. Co.* v. *Public Utility Board, ante p.* 619.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, VOORHEES, KALISCH, BOGERT, CONGDON, WHITE, TERHUNE, JJ.   10.

*For reversal*—None.

Submitted March 24, 1913—Decided June 18, 1913.

For the appellant, *Collins & Corbin.*

For the respondent, *Frank H. Sommer.*